IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:22-CR-108-K |
| | § | |
| JORGE SANCHEZ | § | |
| | § | |
| Defendant | | |

# MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be

PAGE 1

committed to the custody of the Bureau of Prisons to be imprisoned for a term of **TIME SERVED.** No term of Supervised Release to follow.

    SO ORDERED.

    Signed December 1st, 2022.

                                                  _____
                                                ED KINKEADE
                                                UNITED STATES DISTRICT JUDGE